JULIUS E. FOSTER, Appellant, *v.* LOUIS W. PARKER et al., Respondents. (Action No. 1.) JULIUS E. FOSTER, Plaintiff, *v.* LOUIS W. PARKER, Defendant. (Action No. 2.)

Submitted October 5, 1953; decided October 22, 1953.

*Philip Handelman* for appellant.
*John F. X. Finn* for respondents.

Appeal dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.